No. 436. ITEM COMPANY, INC. *v.* MULINA ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Eberhard P. Deutsch* and *R. Emmett Kerrigan* for appellant.